**GRAFF & ASSOCIATES, LLC**
5695 Main Street, Suite 300A
Elkridge, MD 21075-5016
Office: 410-796-8424
Toll Free: 877-796-8424
Fax: 410-796-5424
E-mail: graffassoc@gmail.com

United States Bankruptcy Court
101 West Lombard Street
Baltimore, Maryland 21201

RE:   SHOW CAUSE ORDER   Case # 09-29224-JS

November 2, 2009

Dear Sir/Madam:

    We are very sorry that we got this information to you late. We did not get Mr. Josephn McFadden, Sr.'s signature till now. Please do not hesitate to contact us if we can be of any assistance.

Respectfully Yours,

*Michael Graff*

Graff & Associates, LLC
Michael Graff, managing member

FILED
NOV 03 2009
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE